IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FREESTONE INSURANCE § <br> COMPANY f/k/a DALLAS § <br> NATIONAL INSURANCE COMPANY § <br>     Plaintiff, § <br> V. § <br> § CIVIL ACTION NO. 3:14-cv-00168-P <br> GAMMA CONSTRUCTION § <br> COMPANY § <br>     Defendant. § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Freestone Insurance Company f/k/a Dallas National Insurance Company hereby stipulates and agrees that all claims asserted against defendant Gamma Construction Company may be and are hereby dismissed, **without prejudice**.  Plaintiff makes this Stipulation of Partial Dismissal before defendant Gamma Construction Company has served either an answer or a motion for summary judgment.

Date: January17, 2014

Respectfully submitted,

**REID & DENNIS, P.C.**

By: /s/ *Jacqueline Montejano*
William Reid
State Bar No. 16748500
wreid@reiddennis.com
Jacqueline Montejano
State Bar No. 24027402
jmontejano@reiddennis.com

**STIPULATION OF DISMISSAL**                                                                 **Page 1**

       15660 Dallas Parkway
       Tollway Towers, Ste. 1400
       Tel: (972) 991-2626
       Fax: (972) 991-2678

**ATTORNEYS FOR PLAINTIFF FREESTONE INSURANCE COMPANY f/k/a DALLAS NATIONAL INSURANCE COMPANY**

*/s/Jacqueline Montejano*
Jacqueline Montejano